IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ROY EDWARD ADDICKS, JR., #861070 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv543 |
| NATHANIEL QUARTERMAN, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Roy Edward Addicks, Jr., a prisoner confined in the Texas prison system, proceeding *pro se* and attempting to proceed *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983.[1] The complaint was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the complaint should be dismissed pursuant to the "three strikes" provisions of 28 U.S.C. § 1915(g). The Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

---

[1] It is noted that the first paragraph of the Report and Recommendation improvidently referred to the lawsuit as a petition for a writ of habeas corpus, while the remainder of the Report correctly treated the lawsuit as a civil rights complaint.

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g).  It is further

**ORDERED** that the Plaintiff's motion to proceed *in forma pauperis* (docket entry #2) is **DENIED**.  The Plaintiff may proceed with the lawsuit if he pays the entire filing fee of $350 within thirty days from the entry of this Order.  *See Carson v. Johnson*, 112 F.3d 818, 823 (5th Cir. 1997).  It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 9th day of January, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**